IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

In Re:  ESTATE OF FRANKIE
MAE MCCLAIN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5760

_____/

Opinion filed December 4, 2014.

An appeal from the Circuit Court for Leon County.
George S. Reynolds, III, Judge.

Nathaniel C. McClain, pro se, Appellant.

Pamela Jo Bondi, Attorney General Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.